AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Charles R. | USCA - 11th Circuit | 04/29/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
801 N. Florida Avenue, Suite 16-B
Tampa, FL 33602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Council Member | Notre Dame Law School Advisory Council |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 04/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Notre Dame | 09/27/2018-09/30/2018 | South Bend, IN | Advisory Council Meeting | lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Revolving credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Rental Property, Santa Rosa Beach, FL | C | Rent | O | W | | | | | |
| 2. Regions 401K | | | | | | | | | |
| 3. Regions Stock Fund | A | | | T | Sold | | | C | |
| 4. Dodge Cox Int'l Stock Fund | A | | | | Sold | 01/04/18 | | A | |
| 5. Eaton Vance Cap Fd | A | | | | Sold | 01/04/18 | | A | |
| 6. Vanguard Windsor II Fund | A | | | | Sold | 01/04/18 | | A | |
| 7. Morley Stable Value Fund Free | A | | | | Sold | 01/04/18 | | A | |
| 8. Chase IRA (H) | | | | | | | | | |
| 9. JP Morgan US Gov't MM Funds QVESQ | A | Interest | J | T | | | | | |
| 10. Brown Advisory Fund BAFHX | | Dividend | | T | Sold (part) | 02/21/18 | J | A | |
| 11. Brown Advisory Fund BAFHX | | Dividend | | T | Sold (part) | 06/13/18 | J | A | |
| 12. Brown Advisory Fund BAFHX | | Dividend | J | T | Sold (part) | 07/12/18 | J | A | |
| 13. Dodge & Cox Int'l DODFX | A | Dividend | J | T | Sold (part) | 10/16/18 | J | A | |
| 14. I Shares ETF EWJ | | Dividend | J | T | Sold (part) | 06/26/18 | J | A | |
| 15. I Shares ETF - EWJ | | | | T | Sold | 11/27/18 | J | A | |
| 16. I Shares MSCI Japan ETF - MSCI ETF - EFA | | | J | T | Sold (part) | 01/19/18 | J | A | |
| 17. I Shares MSCI ETF - EFA | | Dividend | J | T | Sold (part) | 06/13/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I Shares MSCI Eafe EFA | | | J | T | Sold (part) | 07/12/18 | J | A | |
| 19. I Shares MSCI - EFA | | | J | T | Sold | 08/15/18 | J | A | |
| 20. JP Morgan TR 1 - JUEMX | A | Dividend | J | T | Sold (part) | 06/26/18 | J | A | |
| 21. JP Morgan TR1 - JUEMX | A | Dividend | J | T | Sold (part) | 10/16/18 | J | A | |
| 22. JP Morgan TR1 - JUEMX | A | Dividend | | T | Sold | 11/28/18 | J | A | |
| 23. Massachusetts Investors TR MITIX to MITJX | | | J | T | Sold (part) | 06/02/18 | J | A | |
| 24. Massachusetts Investors TR MITIX to MITJX | A | Dividend | J | T | Sold (part) | 10/16/18 | J | A | |
| 25. Massachusetts Investors TR - MITIX to MITJX | | | | | Sold | 11/27/18 | J | A | |
| 26. SPDR S & P ETF SPY | A | Dividend | J | T | Sold (part) | 01/19/18 | J | A | |
| 27. SPDR S & P ETF SPY | A | Dividend | J | T | Sold (part) | 11/29/18 | J | A | |
| 28. SPDR S & P ETF SPY | | | | T | Sold | 11/29/18 | K | C | |
| 29. Vanguard Index VFIAX | A | Dividend | J | T | | | J | | |
| 30. Vanguard Index VFIAX | A | Dividend | J | T | Buy | 01/19/18 | J | | |
| 31. Vanguard Index VFIAX | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 32. Vanguard Index VFI AX | A | Dividend | J | T | Buy | 07/12/18 | J | | |
| 33. Vanguard Index VFIAX | A | Dividend | J | T | Buy | 09/21/18 | J | | |
| 34. Causeway Cap Int TR - CIVIX | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Causeway Cap TR CIVIX` | A | Dividend | J | T | Sold (part) | 10/16/18 | J | A | |
| 36. Dodge & Cox Inc. Fd DODIX | A | Dividend | J | T | Sold (part) | 11/27/18 | J | A | |
| 37. Dodge & Cox Inc. Fd DODIX | A | Dividend | J | T | Sold (part) | 12/17/18 | J | A | |
| 38. Dodge & Cox Inc. Fd DODIX | A | Dividend | J | T | | | J | A | |
| 39. Federated Int'l TR FIHLX | | | J | T | Buy | 11/27/18 | J | A | |
| 40. Federated Int'l TR FIHLX | A | Dividend | J | T | | | | | |
| 41. John Hancock Inc. - JSTIX (Exchanged to JSNWX) | A | Dividend | J | T | Sold (part) | 09/19/18 | J | A | |
| 42. John Hancock Inc. - JSNWX | A | Dividend | J | T | Sold (part) | 06/26/18 | J | A | |
| 43. John Hancock Inc - JSNWX | A | Dividend | J | T | Sold (part) | 11/27/18 | J | A | |
| 44. John Hancock Inc - JSNWX | A | Dividend | J | T | Sold (part) | 12/17/18 | J | A | |
| 45. MFS Ser TR Emerging MEDIX | A | Dividend | J | T | Sold (part) | 02/21/18 | J | A | |
| 46. MFS Ser TR Emerging MEDHX | A | Dividend | J | T | | | | | |
| 47. PIMCO PAC Inv P1G1X | | | J | T | Buy | 01/27/18 | J | | |
| 48. PIMCO PAC Inv P1G1X | A | Dividend | J | T | | | | | |
| 49. PIMCO Total Return PTTRX | A | Dividend | J | T | Sold (part) | 11/27/18 | J | A | |
| 50. PIMCO Total Return PTTRX | A | Dividend | J | T | Sold (part) | 12/17/18 | J | A | |
| 51. PIMCO Total Return PTTRX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Charlotte Funds - VTABX | A | Dividend | K | T | | | | | |
| 53. Vanguard Fixed Inc VFIDX | A | Dividend | J | T | | | | | |
| 54. Vanguard Fixed Inc VFIDX | | | J | T | Buy | 11/27/18 | J | | |
| 55. Vanguard SH Term Bond - VBIRX | A | Dividend | | | Sold (part) | 01/19/18 | J | | |
| 56. Vanguard Sh Term Bond - VBIRX | A | Dividend | | | Sold (part) | 02/25/18 | J | | |
| 57. Vanguard - Sh Term Bond - VBIRX | | | | | Sold | 02/12/18 | J | | |
| 58. Vanguard Int'l Equity VGK | A | Dividend | | | Sold | 06/13/18 | J | A | |
| 59. MFS Research Int'l MRSIX (MRSKX) See Item 5 | | | | | Sold (part) | 11/19/18 | J | A | |
| 60. See Item 4 MFS Research MRSKX | | | | | Sold (part) | 08/15/18 | J | A | |
| 61. MFS Research - MRSKX | | | | | Sold (part) | 09/21/18 | J | A | |
| 62. MFS Research - MRSKX | | | | | Sold (part) | 10/16/18 | J | A | |
| 63. MFS Research - MRSKX | A | Dividend | J | T | | | | | |
| 64. MFS Research - MRSKX | | | J | T | Buy | 11/28/18 | | | |
| 65. Harris Inv TR - OANMX | | | J | T | Sold (part) | 01/19/18 | J | A | |
| 66. Harris Inv TR - OANMX | | | J | T | Sold (part) | 10/16/18 | J | A | |
| 67. Harris Inv TR OANMX | | | J | T | Sold | 11/27/18 | J | A | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lord Abbott Sh Duration - LOLDX | A | Dividend | J | T | Sold (part) | 01/19/18 | J | A | |
| 70. Lord Abbott Sh Duration - LOLDX | A | Dividend | J | T | Sold | 01/31/18 | J | A | |
| 71. Mainstay High Yield MHYSX | A | Dividend | J | T | Sold (part) | 01/19/18 | J | A | |
| 72. Mainstay High Yield MHYSX | A | Dividend | J | T | Sold (part) | 02/05/18 | J | A | |
| 73. Mainstay High Yield MHYSX | A | Dividend | J | T | Sold | 02/21/18 | J | A | |
| 74. T Rowe Price New Income - PRXEX | A | Dividend | J | T | Buy | 01/19/18 | J | | |
| 75. T Rowe Price New Income - PRXEX | A | Dividend | | | Sold (part) | 06/26/18 | J | A | |
| 76. T Rowe Price New Income - PRXEX | A | Dividend | | | Sold (part) | 11/27/18 | J | | |
| 77. JP Morgan Core Bd. JCUBX | A | Dividend | J | T | | | | | |
| 78. JP Morgan Core Bd JCUBX | | | J | T | Buy | 01/19/18 | | | |
| 79. JP Morgan Core Bd - JCUBX | | | J | T | Buy | 02/05/18 | | | |
| 80. JP Morgan Core Bd - JCUBX | | | J | T | Buy | 03/18/18 | | | |
| 81. JP Morgan Core Bd - JCUBX | A | Dividend | | | Sold (part) | 06/26/18 | J | | |
| 82. JP Morgan Core Bd - JCUBX | A | Dividend | | | Sold (part) | 11/27/18 | | | |
| 83. | | | | | | | | | |
| 84. Vanguard Bd Index - VBTLX | A | Dividend | J | T | Buy | 10/04/18 | J | | |
| 85. Vanguard Bd Index - VBTLX | A | Dividend | J | T | Buy | 11/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fidelity Index Fd FXAIX | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 87. Fidelity Index Fd FXAIX | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 88. Fidelity Index Fd FXAIX | | | K | T | Buy | 11/29/18 | K | | |
| 89. JP Morgan Exch BBCA | A | Dividend | J | T | | | | | |
| 90. JP Morgan Exch BBCA | | | J | T | Buy | 08/15/18 | | | |
| 91. JP Morgan Exch BBCA | | | J | T | Sold (part) | 09/21/18 | J | | |
| 92. JP Morgan Exch BBCA | | | J | T | Buy | 11/27/18 | J | | |
| 93. JP Morgan Exch BBAX | | | | | Buy | 08/15/18 | J | A | |
| 94. JP Morgan Exch BBAX | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 95. JP Morgan Exch BBEU | | | J | T | Buy | 08/15/18 | J | | |
| 96. JP Morgan Exch ETF BBEU | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 97. JP Morgan Japan ETF BBJP | A | Dividend | J | T | Buy | 07/12/18 | J | | |
| 98. JP Morgan Japan ETF BBJP | A | Dividend | J | T | Buy | 10/16/18 | J | | |
| 99. JP Morgan Japan ETF BBJP | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 100. Six Circles Int'l EO CIVEX | A | Dividend | J | T | Buy | 10/16/18 | J | | |
| 101. Six Circles Int'l EO CIVEX | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 102. Six Circles EO Fd CUSUX | A | Dividend | J | T | Buy | 10/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Six Circles EO Fd CUSUX | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 104. I Shares ETF Bond TIP | A | Dividend | J | T | Buy | 02/05/18 | J | | |
| 105. I Shares ETF Bond TIP | A | Dividend | J | T | Sold (part) | 03/15/18 | J | | |
| 106. Six Circles Sh Duration CUSDX | A | Dividend | J | T | Buy | 10/06/18 | J | | |
| 107. Six Circles Sh Duration CUSDX | A | Dividend | | | Sold (part) | 11/27/18 | J | A | |
| 108. Vanguard Sh Term Bd BSV | A | Dividend | J | T | Buy | 06/13/18 | J | | |
| 109. Vanguard Sh Term Bd BSV | A | Dividend | J | T | Sold (part) | 10/04/18 | J | | |
| 110. Vanguard Int'l ETF BNDX | A | Dividend | J | T | Buy | 01/19/18 | J | | |
| 111. Vanguard Int'l ETF BNDX | A | Dividend | | | Sold (part) | 06/26/18 | J | | |
| 112. Vanguard Int'l ETF BNDX | A | Dividend | | | Sold (part) | 11/27/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 04/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Line 11 of 2017 filing -- BRMKX was a total sale not partial.

2) Line 25 of 2017 filing -- VFIAS (symbol typo) -- correction VFIAX.

3) Line 29 of 2017 filing -- FIHBX (symbol typo) FIHLX.

4) Line 31 of 2017 filing -- MEDIX
 Exchanged 5/11/18 -- MEDHX

5) Line 39 of 2017 filing - MRSIX
 Exchanged 7/14/17 - MRSKX

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 04/29/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Charles R. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544